Harry L. PAYNE, Petitioner,

v.

UNITED STATES of America Railroad Retirement Board.

No. 15891.

United States Court of Appeals Eighth Circuit.

March 13, 1958.

Wm. Harrison Norton, North Kansas City, Mo., for petitioner.

Myles F. Gibbons, Chicago, Ill., for respondent.

PER CURIAM.

Petition to review decision of Railroad Retirement Board dismissed for noncompliance with Rule 11 and want of diligent prosecution, on motion of respondent.

PARKER MANUFACTURING COMPANY, a Corporation of Massachusetts,

v.

TIME SAVER TOOLS, Inc., et al.

No. 5676.

United States Court of Appeals Tenth Circuit.

Nov. 13, 1957.

Porter, Chittick & Russell, Boston, Mass., and Karl W. Root, Atchison, Kan., for appellant.

Owen J. Ooms, Chicago, Ill., Norman B. Sortor, Kansas City, Kan., and C. Earl Hovey, Kansas City, Mo., for appellees.

Before BRATTON, Chief Judge, and PICKETT and LEWIS, Circuit Judges.

PER CURIAM.

Appeal dismissed pursuant to stipulation of the parties.

Bert S. HANNI

v.

UNITED STATES of America.

No. 5730.

United States Court of Appeals Tenth Circuit.

Nov. 14, 1957.

A. Pratt Kesler, U. S. Atty., and C. Nelson Day, Asst. U. S. Atty., Salt Lake City, Utah, for appellee.

Before HUXMAN, MURRAH and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee on the ground that the notice of appeal was not timely filed and the court was without jurisdiction.

Billye LEEPER, as Administratrix of the Estate of William V. Lewis, Deceased,

v.

MARYLAND CASUALTY COMPANY.

No. 5745.

United States Court of Appeals Tenth Circuit.

Dec. 9, 1957.

Foliart, Hunt & Shepherd, Oklahoma City, Okl., and Stevenson, Huser & Huser, Holdenville, Okl., for appellant.

Horsley, Epton & Culp, Wewoka, Okl., for appellee.

Before BRATTON, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.